**BUCHALTER**
A Professional Corporation
Cheryl M. Lott (SBN: 232548)
    clott@buchalter.com
Frank C. Herrera (SBN: 347951)
    fherrera@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-1730
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**WACHTELL, LIPTON, ROSEN & KATZ**
Stephen R. DiPrima (NY SBN: 2785764)
    SRDiPrima@wlrk.com
David B. Anders (NY SBN: 2680056)
    DBAnders@wlrk.com
Joseph S. Tobin (NY SBN: 5883368)
    JSTobin@wlrk.com
51 West 52nd Street
New York, NY  10019
Telephone: (212) 403-1307
Facsimile: (212) 403-2000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILEY REVEL, derivatively on behalf of COMERICA INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS C. FARMER, JAMES J. HERZOG, NANCY AVILA, MICHAEL E. COLLINS, ROGER A. CREGG, JACQUELINE P. KANE, RICHARD G. LINDNER, BARBARA R. SMITH, ROBERT S. TAUBMAN, REGINALD M. TURNER, JR., NINA G. VACA, MICHAEL G. VAN DE VEN, and KEVIN DENICOLA,<br><br>Defendants,<br><br>and<br><br>COMERICA INCORPORATED, a Delaware Corporation, | Case No. 2:24-cv-01438-SB-JPR<br><br>**JOINT STIPULATION RE: DISMISSAL OF DERIVATIVE ACTION**<br><br>Judge: Stanley Blumenfeld, Jr. |

BUCHALTER
A Professional Corporation
Los Angeles

**JOINT STIPULATION TO STAY DERIVATIVE ACTION**

Case No.
2:24-cv-01438-SB-JPR

Nominal Defendant.

**WHEREAS**, on February 21, 2024, Plaintiff Kiley Revel filed a shareholder derivative action (the "Complaint") on behalf of Nominal Defendant Comerica Incorporated ("Comerica" or the "Company") in this Court making claims for breach of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and violations of Sections 10(b) and 20(a) and Rule 10b-5 of the Securities Exchange Act of 1934 ("Exchange Act") against Defendants Curtis C. Farmer, James J. Herzog, Nancy Avila, Michael E. Collins, Roger A. Cregg, Jacqueline P. Kane, Richard G. Lindner, Barbara R. Smith, Robert S. Taubman, Reginald M. Turner, Jr., Nina G. Vaca, Michael G. Van de Ven, and Kevin DeNicola (collectively, the "Individual Defendants", and together with Comerica, "Defendants"), and for violations of Section 14(a) of the Exchange Act and for contribution under Sections 10(b) and 21D of the Exchange Act against certain of the Individual Defendants, captioned *Revel v. Farmer, et al.,* Case No. 2:24-cv-01438-SB-JPR (the "Derivative Action");

**WHEREAS**, an earlier-filed and factually-related securities putative class action was pending in the United States District Court for the Central District of California, captioned *David Ramos v. Comerica Incorporated, et al.*, Case No. 2:23-cv-06843-SB-JPR (the "Securities Action"), in which the plaintiff asserted federal securities claims against the Company and certain of its officers;

**WHEREAS**, the Securities Action was dismissed on the merits with prejudice on October 11, 2024;

**WHEREAS**, this Court issued an Order on October 28, 2024 advising the parties to the Derivative Action that if they do not wish to agree to a dismissal without prejudice of the Derivative Action pending an appeal in the Securities Action, that the parties should expect the Court to lift the discovery stay and issue a case management order requiring the parties to begin immediately litigating the

- 2 -

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

JOINT STIPULATION TO STAY DERIVATIVE ACTION

Case No.
2:24-cv-01438-SB-JPR

Derivative Action;

**WHEREAS**, this Court issued an Order on December 11, 2024 instructing the parties to the Derivative Action to meet and confer in person or by videoconference and no later than December 13, 2024 to file either a stipulation of dismissal or a joint Rule 26(f) report;

**WHEREAS**, the parties, by and through their counsel, have met and conferred and, for the convenience of the parties and the Court, hereby enter into the following stipulation, subject to the Court's approval;

NOW, THEREFORE, IT IS THEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, that:

1. If Plaintiff voluntarily dismisses the Derivative Action without prejudice by December 13, 2024, and later files in this Court, the U.S. District Court for the Northern District of Texas, or the Delaware Court of Chancery, any of the claims asserted in the Derivative Action before 30 days have passed after any decision of any appeal taken in the Securities Action, any statute of limitations tolled by the filing of the original complaint in the Derivative Action on February 21, 2024 would not resume running with respect to such claims as a result of the voluntary dismissal.

2. This Stipulation is otherwise without prejudice to any and all defenses Defendants may assert in the Derivative Action, including but not limited to any jurisdictional or venue challenges, and without prejudice to any and all claims Plaintiff may assert in the Derivative Action.

3. Each party will bear its own costs with respect to any costs incurred in connection with this Derivative Action, including with respect to attorneys' fees.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

- 3 -
JOINT STIPULATION TO STAY DERIVATIVE ACTION

Case No.
2:24-cv-01438-SB-JPR

The Parties have lodged a proposed order consistent with this stipulation.

Dated: December 12, 2024

/s/
Cheryl M. Lott
Frank C. Herrera
**BUCHALTER, APC**
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
Telephone: (213) 891-5259
clott@buchalter.com

/s/
Stephen R. DiPrima
David B. Anders
Joseph S. Tobin
***Admitted Pro Hac Vice***
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1307
Facsimile: (212) 403-2000
DBAnders@wlrk.com
SRDiPrima@wlrk.com
JSTobin@wlrk.com

*Attorneys for Defendants*

Dated: December 12, 2024

/s/
Robert C. Moest, Of Counsel (SBN 621662530)
**THE BROWN LAW FIRM, P.C.**
Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
RMoest@aol.com

Timothy Brown
***Admitted Pro Hac Vice***
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff*

Pursuant to L.R. 5-4.3.4, I attest all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/Cheryl M. Lott

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**JOINT STIPULATION TO STAY DERIVATIVE ACTION**

Case No.
2:24-cv-01438-SB-JPR