JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILEY REVEL,<br><br>    Plaintiff,<br><br>v.<br><br>CURTIS FARMER et al.,<br><br>    Defendants. | Case No. 2:24-cv-01438-SB-JPR<br><br>ORDER OF DISMISSAL ON STIPULATION |

    Pursuant to the parties' joint stipulation for dismissal filed on December 12, 2024, Dkt. No. 51, this action is DISMISSED without prejudice pursuant to the terms of the stipulation.  The scheduling and status conferences set for December 20 are vacated.

Date: December 16, 2024

                                        Stanley Blumenfeld, Jr.
                                      United States District Judge